Page 2

**FILED**

MOTION UNDER 28 U.S.C. § 2255 TO VACATE, SET ASIDE, OR CORRECT
SENTENCE BY A PERSON IN FEDERAL CUSTODY

MAR 3 0 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| United States District Court | District of Columbia |
|---|---|
| Name (under which you were convicted): Jerome Vines | Docket or Case No.: 01-501; 01-399 |
| Place of Confinement: Gilmer Federal Correctional Institution | Prisoner No.: 24461-016 |
| UNITED STATES OF AMERICA v. | Movant (include name under which convicted) |

MOTION

1. (a) Name and location of court that entered the judgment of conviction you are challenging: U.S. District Court for the District of Columbia, 333 Constitution Avenue N.W. Washington, D.C. 20001
   (b) Criminal docket or case number (if you know): 01-501;
2. (a) Date of the judgment of conviction (if you know): Februa[ry]
   (b) Date of sentencing: December 23, 2002
3. Length of sentence: 262 Months
4. Nature of crime (all counts): 18 U.S.C. § 922 (g) (1 Firearm and Ammunition by a Convicted Felon; 22 D.C.C. § 502 (Assault with a Dangerous Weapon); 22 D.C.C. § 3204 (b) Possession of a Firearm During the Commission of a Crime of Violence or Dangerous Offense); 22 D.C.C. § 2307 (Threatening to Enjure or Physically Damage)

CASE NUMBER 1:05CV01900
JUDGE: Colleen Kollar-Kotelly
DECK TYPE: Habeas Corpus/2255
DATE STAMP: 09/26/2005

5. (a) What was your plea? (Check one)
   (1) Not guilty ☑    (2) Guilty ☐    (3) Nolo contendere (no contest) ☐
   (b) If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, what did you plead guilty to and what did you plead not guilty to? ___

6. If you went to trial, what kind of trial did you have? (Check one)    Jury ☑    Judge only ☐
7. Did you testify at a pretrial hearing, trial, or post-trial hearing?    Yes ☐    No ☐